IT IS SO ORDERED

*Judge Susan Illston*

**MCGUIREWOODS LLP**
Matthew C. Kane (SBN 171829)
    Email: mkane@mcguirewoods.com
Michael D. Mandel (SBN 216934)
    Email: mmandel@mcguirewoods.com
John A. Van Hook (SBN 205067)
    Email: jvanhook@mcguirewoods.com
Truc T. Nguyen (SBN 257262)
    Email: tnguyen@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Specially Appearing Defendant SPRINT CORPORATION and Defendant SPRINT/UNITED MANAGEMENT COMPANY, INC.

**HOYER & ASSOCIATES**
Richard A. Hoyer (SBN 151931)
    Email: rhoyer@hoyerlaw.com
Ryan L. Hicks (SBN 260284)
    Email: rhicks@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3539
Facsimile: (415) 276-1738

Attorneys for Plaintiffs
DANA WALLACE and KAMSATH HUOT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA WALLACE and KAMSATH HUOT, individually,<br><br>            Plaintiff,<br><br>    vs.<br><br>SPRINT CORPORATION and SPRINT/UNITED MANAGEMENT COMPANY, INC., and DOES 1-10 inclusive,<br><br>            Defendants. | CASE NO. 13-CV-04891-SI<br><br>**THIRD STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT (L.R. 6-1(A))**<br><br>Current response date:<br>December 9, 2013<br><br>New response date:<br>December 16, 2013 |

THIRD STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT

WHEREAS, Plaintiffs Dana Wallace and Kamsath Huot ("Plaintiffs") filed the above-captioned Complaint in the United States District Court for the Northern District of California on October 22, 2013;

WHEREAS, Defendant SPRINT/UNITED MANAGEMENT COMPANY, INC. ("SPRINT/UNITED MANAGEMENT") was served with the Complaint on October 25, 2013, making November 15, 2013 its deadline to respond to the Complaint;

WHEREAS, specially appearing Defendant SPRINT CORPORATION was served the Complaint on October 30, 2013, making November 20, 2013 its deadline to respond to the Complaint;

WHEREAS, on November 14, 2013, the Plaintiffs and Defendants (the "Parties") stipulated to extend Defendant SPRINT/UNITED MANAGEMENT'S time within which to respond to the Complaint by seventeen (17) days, up to and including December 2, 2013 and Defendant's SPRINT CORPORATION's time within which to respond to the Complaint by twelve (12) days, up to and including December 2, 2013 (Dkt. #6);

WHEREAS, on November 26, 2013, the Parties stipulated to extend Defendant SPRINT/UNITED MANAGEMENT'S and Defendant SPRINT CORPORATION's (collectively "Defendants") time within which to respond to the Complaint up to and including December 9, 2013 (Dkt. #7);

WHEREAS, Defendant SPRINT CORPORATION has asserted that this Court lacks personal jurisdiction over it, and has requested that Plaintiffs dismiss it without prejudice from the lawsuit on that basis, and counsel for the Parties continue further discussion and consideration of that request;

WHEREAS, the Parties have met and conferred and the Parties have agreed to a further extension of time for Defendants to respond to the Complaint;
1

THIRD STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT

1   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the
2  Parties, through their respective undersigned counsel, that Defendants will have an
3  extension up to and including December 16, 2013, to serve and file their respective
4  responses to the Complaint and Defendants do not waive, and expressly and fully
5  reserve, all challenges and defenses to Plaintiffs' operative complaint and action,
6  including based on personal jurisdiction.

7   IT IS SO STIPULATED.

8  DATED: December 6, 2013     **MCGUIREWOODS LLP**

10                              By:   /s/ *Matthew C. Kane*
11                                    Matthew C. Kane
                                      Michael D. Mandel
12                                    John A. Van Hook
                                      Truc T. Nguyen
13                                    Attorneys for Specially Appearing
                                      Defendant SPRINT CORPORATION and
14                                    Defendant SPRINT/UNITED
                                      MANAGEMENT COMPANY, INC.

16  DATED: December 6, 2013     **HOYER & ASSOCIATES**

18                              By:   /s/ *Ryan L. Hicks* (with permission)
19                                    Richard A. Hoyer
                                      Ryan L. Hicks
20                                    Attorneys for Plaintiffs
                                      DANA WALLACE and KAMSATH
                                      HUOT