IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA WALLACE, | No. C 13-04891 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| SPRINT CORP ET AL, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 11, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 29, 2014.

DESIGNATION OF EXPERTS: 8/29/14 ; REBUTTAL: 9/12/14.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 26, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by September 26, 2014;

    Opp. Due October 10, 2014;  Reply Due October 17, 2014;

     and set for hearing no later than October 31, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 25, 2014 at 3:30 PM.

JURY TRIAL DATE: December 8, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Counsel have agreed to participate in private mediation before 6/20/14.  Counsel is directed to inform the Court as to the mediator selected and the date of the session by 3/28/14.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is **ORDERED** to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/3/14

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California