*IT IS SO ORDERED*
*Judge Susan Illston*

1  **McGuireWoods LLP**
   Matthew C. Kane (SBN 171829)
2      Email: mkane@mcguirewoods.com
   Michael D. Mandel (SBN 216934)
3      Email: mmandel@mcguirewoods.com
   John A. Van Hook (SBN 205067)
4      Email: jvanhook@mcguirewoods.com
   Truc T. Nguyen (SBN 257262)
5      Email: tnguyen@mcguirewoods.com
   1800 Century Park East, 8th Floor
6  Los Angeles, California 90067
   Telephone: (310) 315-8200
7  Facsimile: (310) 315-8210

8  Attorneys for Defendant SPRINT/UNITED MANAGEMENT COMPANY

9

   **HOYER & ASSOCIATES**
10 Richard A. Hoyer (SBN 151931)
       Email: rhoyer@hoyerlaw.com
11 Ryan L. Hicks (SBN 260284)
       Email: rhicks@hoyerlaw.com
12 4 Embarcadero Center, Suite 1400
   San Francisco, California 94111
13 Telephone: (415) 766-3539
   Facsimile: (415) 276-1738
14
   Attorneys for Plaintiffs
15 DANA WALLACE and KAMSATH HUOT

16

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19 | DANA WALLACE and KAMSATH HUOT, | CASE NO. 3:13-CV-04891-SI
   | individually,                   |
20 |                                 | **STIPULATION OF DISMISSAL WITH**
   |           Plaintiff,            | **PREJUDICE OF ALL CLAIMS**
21 |                                 | **ASSERTED BY PLAINTIFFS**
   |      vs.                        |
22 |                                 | [Fed.R.Civ.P. 41(a)(1)(ii)]
   | SPRINT CORPORATION and          |
23 | SPRINT/UNITED MANAGEMENT        |
   | COMPANY, INC., and DOES 1-10 inclusive, |
24 |                                 |
   |           Defendants.           |
25

26

27

28

57838948.1
**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFFS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate to the dismissal of all claims asserted in the above-captioned action by Plaintiffs Dana Wallace and Kamsath Huot, with prejudice.  Each party shall bear its own attorney's fees and costs except as may be explicitly set forth in the parties' settlement agreement.

IT IS SO STIPULATED.

DATED: June 13, 2014

McGuireWoods LLP

By: _____
Matthew C. Kane
Michael D. Mandel
John A. Van Hook
Truc T. Nguyen
Attorneys for
Defendant SPRINT/UNITED MANAGEMENT COMPANY

DATED: June 13, 2014

HOYER & ASSOCIATES

By: _____
Richard A. Hoyer
Ryan L. Hicks
Attorneys for Plaintiffs
DANA WALLACE and KAMSATH HUOT